IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL G. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, Commissioner | : | |
| of Social Security | : | 23-4511 |

## **ORDER**

AND NOW, on this 7th day of August 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 9), Defendant's Uncontested Motion to Remand (Doc. 10), and the administrative record (Doc. 8), IT IS HEREBY ORDRED that the Motion to Remand is GRANTED, and the case is REMANDED for further proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Elizabeth T. Hey

ELIZABETH T. HEY, U.S.M.J.